## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Misael Padilla Galvez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/19/08. The defendant is informed of his rights. Enter order appointing Alison Siegler as counsel for defendant. Preliminary examination set for 3/26/08 at 2:00 p.m. The defendant waives his right to a Detention hearing. The Defendant is ordered detained until further order of Court.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|