# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Padilla-Galvez

FOR: FILED March 20, 2008
MAR 2 0 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): Misael Padilla-galvez

- ☒ 1. Defendant – Adult
- ☐ 2. Defendant – Juvenile
- ☐ 3. Appellant
- ☐ 4. Probation Violator
- ☐ 5. Parole Violator
- ☐ 6. Habeas Petitioner
- ☐ 7. 2255 Petitioner
- ☐ 8. Material Witness
- ☐ 9. Other (Specify)

DOCKET NUMBERS
Magistrate: ___
District Court: 08-CR-235
Court of Appeals: 08 cr 205

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ 1200-1500
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 600

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ Single, ☐ Married, ☐ Widowed, ☐ Separated or Divorced
- Total No. of Dependents: 7
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Apartment or Home | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 750 |
| Utilities | | $ 400 | $ |
| Groceries | | $ | $ 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/20/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Misael Padilla