# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235-1 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. Misael Padilla Galvez | | |

**DOCKET ENTRY TEXT**

Preliminary examination set for 3/26/08 at 2:00 p.m. before Judge Keys in courtroom 2230.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|