# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235-1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Misael Padilla Galvez | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. The Defendant to remain in custody until further order of court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|