FELONY TC

3

**FILED**   **08CR**   **235**   JUDGE GOTTSCHALL

APR 17 2008  TC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   MAGISTRATE JUDGE MASON

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U. S. v. GALVEZ, 08 CR 235, MASON

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | ☐ Homicide .............. (II)         | ☐ Income Tax Fraud ............ (II)       | ☐ DAPCA Controlled Substances .... (III)    |
   | ☐ Criminal Antitrust (II)              | ☐ Postal Fraud ............ (II)           | ☐ Miscellaneous General Offenses .... (IV)  |
   | ☐ Bank robbery ............ (II)       | ☐ Other Fraud ............ (III)           | ☐ Immigration Laws ............... (IV)     |
   | ☐ Post Office Robbery ...... (II)      | ☐ Auto Theft ............ (IV)             | ☐ Liquor, Internal Revenue Laws ..... (IV)  |
   | ☐ Other Robbery .......... (II)        | ☐ Transporting Forged Securities .. (III)  | ☐ Food & Drug Laws ............ (IV)        |
   | ☐ Assault ................ (III)       | ☐ Forgery ............ (III)               | ☐ Motor Carrier Act .............. (IV)     |
   | ☐ Burglary .............. (IV)         | ☐ Counterfeiting ............ (III)        | ☐ Selective Service Act ............ (IV)   |
   | ☐ Larceny and Theft ........ (IV)      | ☐ Sex Offenses ............ (II)           | ☐ Obscene Mail ............ (III)           |
   | ☐ Postal Embezzlement ...... (IV)      | ☐ DAPCA Marijuana ............ (III)       | X Other Federal Statutes ............ (III) |
   | ☐ Other Embezzlement ..... (III)       | ☐ DAPCA Narcotics ............ (III)       | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

   21 U.S.C. § 841(a)(1)
   21 U.S.C. § 846

*[signature: Nathalina D. Hudson]*

NATHALINA A. HUDSON
Assistant United States Attorney

(Revised 12/99)