08 GJ 359 TC

# 08CR 235

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 235 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. MISAEL PADILLA-GALVEZ and MIGUEL OCON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL FEBRUARY 2008-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ Maria Valdez _____

**Docket Entry:**

NO BOND SET; DETAINED BY MAGISTRATE AS TO MISAEL PADILLA-GALVEZ. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO MIGUEL OCON.

**JUDGE GOTTSCHALL**

**MAGISTRATE JUDGE MASON**

**FILED**
APR 17 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE _____ UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing | |
| | Notices mailed by judge's staff. | | | dpty. initials | |
| | Notified counsel by telephone. | | | Date mailed | |
| | Docketing to mail notices | | | notice | |
| | Mail AO 450 form. | | | Mailing | |
| | Copy to judge/magistrate judge. | | | dpty. initials | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | | |