## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235 - 1 | **DATE** | 4/25/2008 |
| **CASE TITLE** | United States vs. Misael Padilla-Galvez | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/25/08. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 5/9/08. Pretrial motions to be filed by 5/27/08. Responses to be filed by 6/10/08. Replies to be filed by 6/17/08. Ruling by mail by 7/17/08. Status hearing before Judge Gottschall set for 5/21/08 at 9:30 a.m. Defendant to remain in custody as previously ordered. Time is excluded pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|