# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 1:08–cr–00235
                                                        Honorable Joan B. Gottschall

Misael Padilla–Galvez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: as to Misael Padilla–Galvez, Miguel Ocon, Status hearing held on 5/21/2008, ( Status hearing set for 7/30/2008 at 09:30 AM.), Pretrial motions are extended and due by 6/10/2008. Responses by 6/24/2008. Replies by 7/1/2008. Ruling by mail by 8/1/2008. Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.