IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 235 |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| MISAEL PADILLA GALVEZ | ) | |
| and MIGUEL OCON | ) | |

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for permission to issue early return trial subpoenas.  In support of this motion, the Government states as follows:

1. The trial date is set for September 15, 2008.  The Government requests the opportunity to issue early return trial subpoenas in anticipation of the trial date.

2. Counsel for defendants have no objection, so long as they all have the opportunity to issue early return trial subpoenas.

3. The parties have agreed to produce to each other any material obtained by early return trial subpoenas.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> s//Nathalina A. Hudson
> By: Nathalina A. Hudson
> Assistant United States Attorney
> 219 S. Dearborn Street
> Chicago, Illinois  60604
> (312) 353-1123