IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff, ) | Case Number: 08 CR 235 | |
| ) | | |
|     v. ) | Judge: Joan B. Gottschall | |
| ) | | |
| MISAEL PADILLA GALVEZ ) | | |
|     Defendant. ) | | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

**NOW COMES**, the Defendant, **MR. MISAEL PADILLA-GALVEZ**, by and through his attorney, **GAL PISSETZKY**, and respectfully moves this Honorable Court to grant Mr. Misael Padilla-Galvez leave to adopt motions of co-defendants to the extent that such motions are not inconsistent with the motions filed on behalf of Mr. Padilla-Galvez by his attorney.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Padilla-Galvez
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

was served June 9, 2008, pursuant to the district court's ECF filers to the following:

**AUSA Nathalina A. Hudson**
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Padilla-Galvez
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900