**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 08 CR 235 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | |
| MISAEL PADILLA GALVEZ | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  **AUSA Nathalina A. Hudson**
    Assistant United States Attorney
    219 S. Dearborn St.
    Chicago, IL 60604

PLEASE TAKE NOTICE that on June 12, 2008, at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, in the courtroom usually occupied by him, room 1919, the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, 60605, for a hearing on Petitioner's motion for extension of time to file pre-trial motions, service which is being made upon you.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Padilla-Galvez
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

**CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## NOTICE OF MOTION

was served on June 9, 2008, pursuant to the district court's ECF filers to the following:

**AUSA Nathalina A. Hudson**
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900