UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                                       Plaintiff,
v.                                                         Case No.: 1:08−cr−00235
                                                           Honorable Joan B. Gottschall
Misael Padilla−Galvez, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: as to defendant Misael Padilla−Galvez; Defendant's motions for extension of time [30] and motion to adopt co−defendant's motions [32] are denied without prejudice for failure to deliver a courtesy copy of the motions to chambers. Defendant is directed to re−notice the motions and deliver a courtesy copy of motions and notice to chambers. No appearance is required on 6/12/2008. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.