**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 08 CR 235 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | |
| MISAEL PADILLA GALVEZ | ) | |
| Defendant. | ) | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

**NOW COMES**, the Defendant, **MR. MISAEL PADILLA-GALVEZ**, by and through his attorney, **GAL PISSETZKY**, and respectfully moves this Honorable Court to grant Mr. Misael Padilla-Galvez leave to adopt motions of co-defendants to the extent that such motions are not inconsistent with the motions filed on behalf of Mr. Padilla-Galvez by his attorney.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Padilla-Galvez
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

## CERTIFICATE OF SERVICE

    The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**

was served June 11, 2008, pursuant to the district court's ECF filers to the following:

    **AUSA Nathalina A. Hudson**
    Assistant United States Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

    Respectfully submitted,

    /s/ Gal Pissetzky_____
    Gal Pissetzky
    Attorney for Mr. Padilla-Galvez
    53 W. Jackson Blvd., Suite 1403
    Chicago, IL 60604
    (312)566-9900