**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 08 CR 235 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | |
| MISAEL PADILLA GALVEZ | ) | |
| Defendant. | ) | |

## <u>AMENDED NOTICE OF MOTION</u>

To:     **AUSA Nathalina A. Hudson**
         Assistant United States Attorney
         219 S. Dearborn St.
         Chicago, IL 60604

PLEASE TAKE NOTICE that on June 19, 2008, at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, in the courtroom usually occupied by him, room 1919, the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, 60605, for a hearing on Petitioner's <u>motion for extension of time to file pre-trial motions</u>, service which is being made upon you.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
**Attorney for Mr. Padilla-Galvez**
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

### AMENDED NOTICE OF MOTION

was served on June 12, 2008, pursuant to the district court's ECF filers to the following:

**AUSA Nathalina A. Hudson**
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900