## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235 - 1 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Misael Padilla Galvez | | |

**DOCKET ENTRY TEXT**

Defendant, Misael Padilla-Galvez motion for extension of time to file pre-trial motions [35] is granted. Defendant, Misael Padilla-Galvez motion to adopt motions of co-defendants [37] is granted. Pretrial motions are extended and due by 7/10/2008. Responses by 7/24/2008. Replies by 7/31/2008. Ruling by mail by 8/29/2008. Status hearing set for 7/30/2008 at 9:30AM to stand. Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F).

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|