# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | Case Number: 08 CR 235 |
| ) | |
|     v. ) | Judge: Joan B. Gottschall |
| ) | |
| MISAEL PADILLA GALVEZ ) | |
|     Defendant. ) | |

## AMENDED NOTICE OF MOTION

To:   **AUSA Nathalina A. Hudson**
      Assistant United States Attorney
      219 S. Dearborn St.
      Chicago, IL 60604

PLEASE TAKE NOTICE that on August 6, 2008, at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, in the courtroom usually occupied by her, room 1919, the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, 60605, for a hearing on Petitioner's <u>motion to continue trial</u>, service which is being made upon you.

    Respectfully submitted,

    /s/ Gal Pissetzky_____
    Gal Pissetzky
    Attorney for Mr. Padilla-Galvez
    53 W. Jackson Blvd., Suite 1403
    Chicago, IL 60604
    (312)566-9900

## **CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## **AMENDED NOTICE OF MOTION**

was served on August 5, 2008, pursuant to the district court's ECF filers to the following:

**AUSA Nathalina A. Hudson**
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900