# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00235
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Misael Padilla−Galvez, et al.

　　　　　　　　　　　　　　　Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 6, 2008:

　　　MINUTE entry before the Honorable Joan B. Gottschall: as to Misael Padilla−Galvez and Miguel Ocon; Status hearing held on 8/6/2008. Defendant Misael Padilla−Galvez' Motion to continue trial date [45] is granted. Defendant Miguel Ocon's oral motion to adopt motion to continue trial date is granted. Jury trial set for 9/15/2008 is stricken. The parties are directed to contact this Court's courtroom deputy with an agreed date for trial. Mailed notice by judge's staff. Time is excluded pursuant to 18:3161(h)(1)(F). (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.